**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

M.A.,                           :    No. 156 WAL 2016

        Respondent              :

                          :    Petition for Allowance of Appeal from
                          :    the Order of the Superior Court

        v.                        :

M.G.,                          :

        Petitioner                :

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of June, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue presented by petitioner and rephrased for clarity is whether it is within the province of a trial court to diagnose a litigant with mental illness when the record is devoid of any diagnosis by a mental health professional or testimony by a mental health professional to support the diagnosis?